IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

KITCHEN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CR. NO. <u>2:14-cr-20011 JTF</u> |
| vs. | ) ) ) | 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1) |
| SAMUEL A. ROSSE, III, | ) ) | |
| Defendant. | ) | |

## <u>NOTICE OF PENALTIES</u>

### <u>COUNT 1</u>

Nlt 10 yrs., nmt life, plus $10,000,000 fine, plus 5 yrs. supervised release (or after one prior drug felony conviction nlt 20 yrs., nmt life, plus $20,000,000 fine, plus 10 yrs. supervised release, or after two or more prior felony drug felony convictions life), together with mandatory special assessment of $100, <u>see</u> 18 U.S.C. Section 30l3(a).

### <u>COUNT 2</u>

Nlt 10 yrs., nmt life, plus $10,000,000 fine, plus 5 yrs. supervised release (or after one prior drug felony conviction nlt 20 yrs., nmt life, plus $20,000,000 fine, plus 10 yrs. supervised release, or after two or more prior felony drug felony convictions life), together with mandatory special assessment of $100, <u>see</u> 18 U.S.C. Section 30l3(a).